VOCATIONAL GUIDANCE MANUALS, INC., Respondent, *v.* UNITED NEWSPAPER MAGAZINE CORPORATION et al., Appellants, et al., Defendants.

Argued April 20, 1953; decided May 28, 1953.

*E. Douglas Hamilton* and *John G. McCarthy* for United Newspaper Magazine Corporation and another, appellants.

*W. Clyde O'Brien* and *Richard L. Turner* for Gannett Co., Inc., appellant.

*Samuel Wollan* for respondent.

Order affirmed, with costs. Questions certified answered in the affirmative. No opinion.

Concur: Lewis, Ch. J., Conway, Desmond, Fuld and Froessel, JJ. Dye, J., dissents and votes for reversal and dismissal of the complaint on the ground that the complaint fails to establish a reasonable basis for holding the article defamatory as to this plaintiff, failing which no issue is presented for determination by a jury.